[No. 27417-1-I. Division One. April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN WILLARD OPSTAD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 88-1-06422-5, Marsha J. Pechman, J., entered December 4, 1990. *Reversed* by unpublished opinion per Baker, J., concurred in by Scholfield and Kennedy, JJ.

[No. 29637-0-I. Division One. April 26, 1993.]

ANITA JEROME, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 91-2-02568-1, Michael J. Fox, J., entered January 18, 1991. *Affirmed* by unpublished opinion per Webster, C.J., concurred in by Scholfield and Pekelis, JJ. Now published at 69 Wn. App. 810.

[No. 28117-8-I. Division One. April 26, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID WAYNE MELLOTT, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-1-01237-3, Paul D. Hansen, J., entered March 28, 1991. *Affirmed in part* and *remanded* by unpublished opinion per Kennedy, J., concurred in by Scholfield and Baker, JJ.

[No. 29057-6-I. Division One. April 26, 1993.]

PETER H. BODNARCHUK, ET AL, *Appellants*, v. TONI L. BODNARCHUK, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for King County, No. 89-2-19616-2, Robert H. Alsdorf, J., entered July 26, 1991. *Affirmed* by unpublished opinion per Baker, J., concurred in by Webster, C.J., and Scholfield, J.